IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 150, AFL-CIO, | ) ) ) ) CASE NO. 2:25-CV-00286 |
| Plaintiff, | ) ) JUDGE GRETCHEN S. LUND |
| v. | ) ) ) MOTION FOR SUMMARY |
| REPUBLIC SERVICES, a/k/a NEWTON COUNTY LANDFILL PARTNERSHIP, d/b/a NEWTON COUNTY LANDFILL, a/k/a LAKE COUNTY C & D DEVELOPMENT PARTNERSHIP, d/b/a LAKE COUNTY C & D LANDFILL, | ) JUDGMENT WITH SUPPORTING ) BRIEF FILED BY DEFENDANT (AND ) COUNTERCLAIMANT) –a NEWTON ) COUNTY LANDFILL PARTNERSHIP, ) INCORRECTLY REFERRED TO AS ) REPUBLIC SERVICES d/b/a NEWTON ) COUNTY LANDFILL, a/k/a LAKE ) COUNTY C&D DEVELOPMENT |
| Defendant and Counterclaimant. | ) PARTNERSHIP, d/b/a LAKE COUNTY ) C&D  LANDFILL |

Pursuant to Fed. R. Civ. P. 56(a), L.R. 56-1, and this Court's 8/27/25 Order (ECF No. 13), Defendant and Counterclaimant Newton County Landfill Partnership d/b/a Newton County Landfill, and sometimes referred to as Republic Services, a/k/a Lake County C&D Development Partnership, d/b/a Lake County C&D Landfill,[1] by and through its counsel, moves for summary judgment in its favor as to all pending claims and thereby enforcing the Arbitration Award.

For the reasons set forth in the contemporaneously filed Supporting Brief and Statement of Material Facts, Defendant/Counterclaimant respectfully requests this motion be granted.

---

[1] Newton County Landfill Partnership is the sole party to the governing collective bargaining agreement and is the only appropriate defendant in this case. "Republic Services" is sometimes used as a d/b/a in connection with the Newton County Landfill Partnership. (Doc. 6, p. 2, fn. 1).

Respectfully Submitted,

*/s/ Steve A. Miller*
Steve A. Miller
Fisher & Phillips LLP
10 South Wacker Drive, Suite 3450
Chicago, Illinois 60606
Telephone: 312-346-8061
Facsimile 312-346-3179
smiller@fisherphillips.com

and

Richard A. Millisor
*(Pro Hac Vice Motion Pending)*
Fisher & Phillips LLP
200 Public Square, Suite 4000
Cleveland, Ohio 44114
Telephone:  440-838-8800
Facsimile: 440-838-8805
rmillisor@fisherphillips.com

*Counsel for Defendant/Counterclaimant Newton County Landfill Partnership a/k/a Republic Services d/b/a Newton County Landfill*

2

## CERTIFICATE OF SERVICE

The undersigned attorney of FISHER & PHILLIPS LLP certifies on November 7, 2025, I electronically filed the foregoing **MOTION FOR SUMMARY JUDGMENT WITH SUPPORTING BRIEF FILED BY DEFENDANT (AND COUNTERCLAIMANT)** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel and parties of record.

*/s/ Steve A. Miller*
Steve A. Miller

*Counsel for Defendant Republic Services, a/k/a Newton County Landfill Partnership, d/b/a Newton County Landfill, a/k/a Lake County C&D Development Partnership, d/b/a Lake County C&D Landfill*