IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| International Union of Operating Engineers, Local 150, AFL-CIO, | ) ) ) |
| Plaintiff/Counter-Defendant, | ) ) Case No. 2:25-cv-286-GSL-JEM |
| v. | ) ) Judge: Gretchen S. Lund ) Magistrate Judge: John E. Martin |
| Republic Services, a/k/a Newton County Landfill Partnership, d/b/a Newton County Landfill, a/k/a Lake County C & D Development Partnership, d/b/a Lake County C & D Landfill, | ) ) ) ) ) ) |
| Defendant/Counter-Plaintiff. | ) |

**LOCAL 150's APPENDIX TO ITS RULE 56-1 STATEMENT
IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

**INDEX**

| **Document** | **Tab** |
|---|---|
| Work Phone Logs of Local 150 Business Representative Anthony Deliberto | 1 |
| Emails Exchanged Between the Parties | 2 |
| Nathan Orlando/Adam Green Discharge Documents | 3 |
| Defendant's Post-Hearing Brief | 4 |
| Arbitration Hearing Transcript Excerpts | 5 |